# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# ELKINS

**AARON EDWARDS,**

    Plaintiff,

**v.**                                                                                                                             Civil Action No. 2:14-CV-17
                                                                                                                  (BAILEY)

**JIM RUBENSTEIN,** Commissioner**;**
**MARVIN C. PLUMLEY,** Warden**;**
**ROBIN MILLER; NANCY STEVENS,**
Chaplain**;** and **RANDY SHREVE,**
Unit Manager**,**

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day, the above-styled matter came before this Court for consideration of the Report and Recommendation of United States Magistrate Judge James E. Seibert [Doc. 44]. Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Seibert for submission of a proposed report and a recommendation ("R&R"). Magistrate Judge Seibert filed his R&R on January 20, 2016 [Doc. 44]. In that filing, the magistrate judge recommended that this Court deny and dismiss the plaintiff's § 1983 Complaint with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(c), this Court is required to make a *de novo* review of those portions of the magistrate judge's findings to which objection is made. However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or

recommendation to which no objections are addressed.  ***Thomas v. Arn***, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984).  Objections to Magistrate Judge Seibert's R&R were due within fourteen (14) days of receipt, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  The docket reflects service was accepted on January 22, 2016 [Doc. 45].  To date, no objections have been filed.  Accordingly, this Court will review the R&R for clear error.

Upon careful review of the above, it is the opinion of this Court that the **Report and Recommendation [Doc. 44]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report.  The defendants' Motion for Summary Judgment **[Doc. 28]** is **GRANTED**.  As such, the plaintiff's § 1983 Complaint **[Doc. 1]** is **DENIED** and **DISMISSED WITH PREJUDICE**.  The Clerk is directed to enter separate judgment in favor of the respondents.  This matter is further **ORDERED STRICKEN** from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** February 9, 2016.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE